Aug 10th 2018

Steven James Turberville
Cocke County Jail Annex
355 E. Main Street
Newport, TN, 37821

Dear Clerk,

Please ~~se~~ enter my amended complaint. I am not sure I have written it out exactly correct, but I have done it to the best of my ability. I do not have any access to a law library so please excuse any diffancies and give me an offertunity to correct them if there are any.

This is a serious matter. I am not doing this out of spite. I gave the defendents plenty of chance to do the right thing. Since filing this suit they have shiffed me twice. I am ~~~~ certain they are trying to disrupt my legal action.

Thank you,

P.S. If my mail is
tampered with...

Steve Turberville

Steven James Turberville )
)
) No: 3:18-CV-215-TAV-DCP
(Enter above the NAME of the )
plaintiff in this action.) )
)
v. )
)
David Ray )
Teresa Johnson )
Larry Martain )
(Enter above the NAME of each )
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Cocke Co. Tenn /Claiborne co

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? I wrote several grievances also I wrote letters to Sheriff David Ray and Larry Martin

      2. What was the result? I was taken to the Dr but none of his orders were followed

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Steven James Turberville
   Present address: 358 E. main Street Newport TN 37821
   Permanent home address: 1627 Hwy 82 winder GA 30680
   Address of nearest relative: 1627 Hwy 82 winder GA 30680

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: David Ray
   Official position: Sheriff of Claiborne co.
   Place of employment: Claiborne County TN Sheriff Dept,
C. Additional defendants: Terresa Johnson (Nurse)
   Larry Martin (captin)

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I was arrested Nov. 8 2017 and housed in

3

the Claiborne county Detention Center. when I arrived at the CCDC I had an ear infection I sent several medical requests to Nurse Johnson, I went several weeks without ever getting any medical attention. Finally I started reciving antibiotics at med call. The nurse still had not seen me at sick call, I asked the officer who was passing out meds if I was going to be seen by the nurse the answer was no. Ofc Weaver was the officer who was passing out meds. The antibiotics ran out and I still had an ear infection. I filled out several more sick call forms. I still never saw a medical person. I was put on another round of Antibiotics. They still didn't work and I still never saw a nurse. Finally in march I had filled out several grievances and more med forms and was sent to see Dr. Rose. Dr. Rose said I needed to go see an E.N.T. He said he was making me an appointment. He also said that in his oppenion I needed a procedure done on my left ear. He stated that my ear drum had a hole in it and needed to be fixed. After seeing Dr. Rose

4

I was placed on diffrent Antibiotics and an Eardrop. After a couple weeks the infection cleared up. From Nov. until April I had an extreamly painful earinfection. Everyday I was in alot of pain and I lost my hearing in my left ear. The infection came back in may and I went until July before I got anymore medicine The whole time I was in alot of pain. By that time I went completly deaf in my left ear. I can not hear anything at all out of my ear. Dr. Rose said that If I didnt get the procedure I needed and the one he was recomending I would eventually loose the hearing in my left ear from the infections.

When David Ray found out I filed this 42 US 1983 complaint he shipped me to Cocke County Jail in Newport TN I still had an earinfection and I filled out a sick call here. I saw a Dr here and he said I have lost 1/3 of my eardrum from the infection I had. Also he stated I should have seen an E.n.t. and had the procedure done and I would still have

have had to be in Pain for all those months.

I sent several letters and greivances to Captin Larry Martain and he Never got me proper medical care. I sent the Sheriff letters asking for medical care and was ignored. I sent the Nurse Terresa Johnson several sick call forms and she never Not once Saw me about my ear. I was never examined by her or a Dr. except when I saw Dr. Rose. I was placed on Meds. several times without ever being examined. All Three of these personel Knew that if I did not reciva proper Treatment that I would loose my hearing. Also All Three Knew I was in a lot of Pain and that by not getting me proper treatment or at least examining my ear when I filled out Sick calls, that they were causing me more Pain by not getting me proper treatment. I told them in my letters and sick calls and greivances that I was in alot of Pain and needed treatment.

Sheriff Ray Captin Martain and Nurse Johnson were all aware that I had an on going ear infection and with deliberate indifference didnot take the proper steps to get me proper medical treatment therefore I lost the hearing in my left ear and was in a great deal of pain for several months.

Therefore I am requesting the court to make The Defendants get me proper medical care and I request the Court award 1,050,000°° in total Damages because I will not be able to hear out of my left ear again and I was in a lot of pain bc The Defendants ignored me. Not being able to hear will effect my life everyday in all aspects of life including work.

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like the court to make the Defendants fix my ear and award total Damages of 1,050,000⁰⁰

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 10th day of August, 20 18.

_____
Signature of plaintiff(s)

5



Steven Turbeville
358 E. main St
Newport TN 37821

Clerk of U.S. District court
400 market St, Suite 130
Knoxville TN 37902

RECEIVED
AUG 23 2018
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville